**STATE of Missouri, Plaintiff/Respondent,**

v.

**Tyrone ANDERSON,
Defendant/Appellant.**

**No. 72117.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 26, 1998.

Emmett D. Queener, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

A jury found defendant guilty of first degree murder and armed criminal action, in violation of sections 565.020.1 and 571.015.1, RSMo 1996. The trial court sentenced him to life imprisonment without eligibility for probation or parole and to a consecutive twenty-five year term of imprisonment.

On appeal, defendant raises three points. We have studied the briefs, legal file, and transcript. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgment and sentences are affirmed pursuant to Rule 30.25.